IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MARTIN BOKANGA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>QSI, LLC,<br><br>　　　　　　Defendant. | **ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE**<br><br>Civil Action: 2:24-cv-00362-DBP<br><br>Hon. Judge Tena Campbell<br>Chief Magistrate Judge Dustin B. Pead |

　　　　Based on the parties' Stipulated Motion to Dismiss (ECF No. 25), and under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the court ORDERS that the above-captioned matter be DISMISSED WITH PREJUDICE, with each party bearing their own costs, fees, and expenses. The Clerk of Court is directed to close the case.

　　　　DATED this 26th day of November, 2025.

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　_/s/ Tena Campbell_
　　　　　　　　　　　　　　　　　　　　　　Tena Campbell
　　　　　　　　　　　　　　　　　　　　　　United States District Judge